# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0528
LT Case No. 2008-CF-13662

_____

ANTHONY LEE RUISE,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Anthony Lee Ruise, Cross City, pro se.

Ashley Moody, Attorney General, and Michael McDermott,
Assistant Attorney General, Tallahassee, for Appellee.

April 9, 2024

PER CURIAM.

 AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and MAKAR and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____